**Motion Granted in part; Appeal Dismissed and Memorandum Opinion filed August 24, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00267-CV

_____

**CAROLINA  SEXTON, Appellant**

**V.**

**ROSE  HAYDEN, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2019-18498**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed April 15, 2021. On August 11, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). That portion of appellant's motion is granted.

Appellant further requests a return of the funds she deposited with the trial court for the preparation of the clerk's record that were in excess of the actual cost

of preparing the clerk's record to date. The bill of costs attached the clerk's record filed with this court on June 11, 2021 reflects that the costs of preparing the record was $191.00. Appellant states in her motion that she deposited $191.00 for the preparation of the clerk's record. There is no excess to return. That portion of appellant's motion is denied.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.